UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**KAREEM ABDUL JOHNSON #105117**           **CIVIL ACTION NO. 22-0318-P**

**VERSUS**                                  **CHIEF JUDGE HICKS**

**RICK FARRIS**                             **MAGISTRATE JUDGE HORNSBY**

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 21st day of July, 2022.

_____
CHIEF JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT